

## NUMBER 13-19-00359-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

**FELICIANO FLORES AVALOS JR.,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

**On the State's Motion for Leave to Exceed
Prescribed Length Limit of Brief.**

## ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This cause is before the Court on the State's "Motion for Leave to Exceed Prescribed Length Limit of Brief." Counsel for State represents that he has drafted a preliminary Statement of Facts in this case which summarizes only the facts relevant to appellant's claims and amounts to nearly 9,000 words. Counsel further represents that

he has drafted a "Note as to Nature of Representation," concerning appellant's hybrid representation at trial, which amounts to more than 3,500 words. In order to prepare a proper and adequate brief, counsel requests that we extend the applicable word limit by an additional 5,000 words.

A computer-generated appellate brief in this Court may not exceed 15,000 words, considering only those items specified in Texas Rule of Appellate Procedure 9.4. TEX. R. APP. P. 9.4(i)(2)(B). On a party's motion, we may permit an overlength brief. TEX. R. APP. P. 9.4(i)(4).

Having reviewed the record and appellant's brief, we find the State's motion meritorious. Accordingly, we hereby GRANT the motion and order that the State's brief may exceed the applicable limit by a maximum of 5,000 words. *See id.* Counsel is encouraged to use as few words as are necessary to compile a proper and adequate brief.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 4th
day of September, 2020.